```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17013
    SHUNTAY L DISHMON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9980


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 12/22/2006 and was confirmed 03/21/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors   10.00%.

       The case was converted to chapter 7 after confirmation 10/15/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
 SAXON MORTGAGE             CURRENT MORTG        .00            .00             .00
 SAXON MORTGAGE             MORTGAGE ARRE    5000.00            .00             .00
 CENTRIX FINANCIAL LLC      SECURED VEHIC   11125.00         837.87         2424.33
 CENTRIX FINANCIAL LLC      UNSECURED        1866.37            .00             .00
 SUBURBAN EMERGENCY         UNSECURED       NOT FILED          .00             .00
 NICOR GAS                  UNSECURED        1133.23            .00             .00
 OAKLAWN RADIOLOGY IMAGIN   UNSECURED       NOT FILED          .00             .00
 US DEPT OF EDUCATION       UNSECURED         475.60            .00             .00
 AFNI/VERIZON WIRELESS      UNSECURED        1153.18            .00             .00
 DEVON POPE                 NOTICE ONLY     NOT FILED          .00             .00
 ERNESTO D BORGES JR        DEBTOR ATTY     1,774.00                        1,665.57
 TOM VAUGHN                 TRUSTEE                                           330.73
 DEBTOR REFUND              REFUND                                            271.90

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE              5,530.40

 PRIORITY                                        .00
 SECURED                                    2,424.33
     INTEREST                                 837.87
 UNSECURED                                       .00
 ADMINISTRATIVE                             1,665.57
 TRUSTEE COMPENSATION                         330.73
 DEBTOR REFUND                                271.90
                     ---------------       ---------------
 TOTALS               5,530.40              5,530.40


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 17013 SHUNTAY L DISHMON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |